UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SYBIL SMITH,**
    **Plaintiff,**

v.                               **CASE NO: 8:17-CV-765-T-36AAS**

**MIDLAND CREDIT MANAGEMENT,
INC.; JENNIFER A. SESTA; VALERIA
OBI; PAYAL CHATANI; SEAN FISHER**
    **Defendant.**
_____/

**PLAINTIFF'S NOTICE OF PENDING SETTLEMENT**

    COMES NOW Plaintiff, by and through the undersigned counsel and pursuant to Local Rule 3.05, and hereby notifies the Court and parties have settlement reached a resolution in this case, and to request 30 days in which to file the a voluntary or stipulated dismissal as the case may be on good cause shown, to reopen the case for further proceedings.

Date; June 7, 2017
s/ Scott Stamatakis
 Scott Stamatakis
Florida Bar No.: 178454
Trial Attorney for Plaintiff
STAMATAKIS +  THALJI + BONANNO
PO Box 341499
Tampa, Florida 33694
(813) 282-9330 (telephone)
(813) 282-8648 (facsimile)
Email: **Service@MyInjury.com**

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on June 7, 2017, that the foregoing document is being served via email, but not filed, upon all counsel and/or persons to their email address as currently registered with the Clerk of the Court for the transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                    s/ Scott Stamatakis
                                    Scott Stamatakis
                                    Florida Bar No.: 178454
                                    Trial Attorney for Plaintiff
                                    STAMATAKIS + THALJI + BONANNO
                                    PO Box 341499, Tampa, Florida 33694
                                    (813) 282-9330 (telephone)
                                    (813) 282-8648 (facsimile)
                                    Email: **Service@MyInjury.com**