UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SYBIL SMITH,

    Plaintiff,

v.                                          Case No: 8:17-cv-765-T-36AAS

MIDLAND CREDIT MANAGEMENT,
INC., JENNIFER A. SESTA, VALERIA
OBI, PAYAL CHATANI and SEAN
FISHER,

    Defendants.
_____/

**O R D E R**

This matter is before the Court upon review of the file.  Pursuant to a notice of settlement, on June 7, 2017, the Court entered an Order dismissing this action without prejudice and providing the parties an opportunity to submit a stipulation or final judgment for dismissal with prejudice (Doc. 13). To date, the parties have not submitted a stipulation or final judgment.  Therefore, this matter will be dismissed with prejudice.

ACCORDINGLY, it is now **ORDERED AND ADJUDGED:**

1.     This action is dismissed, with prejudice.

2.     The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on August 8, 2017.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
Counsel of Record and Unrepresented Parties, if any